## JAMES FRASER *versus* ALEXIS CERAIT, DIT COQUILLARD

JOURNAL ENTRIES (1815–19): *Journal 2:* (1) Rule to bring body *p. 442; (2) appearance *p. 448; (3) declaration filed, rule to plead *p. 492; (4) death suggested, proceedings stayed *p. 661.
PAPERS IN FILE: (1) Capias and return; (2) declaration.
*Office Docket*, MS p. 27, c. 63; p. 39-a, c. 37.

## HUMPHREY FULLERTON AND JOHN SANDERS LANGHAM, SURVIVING PARTNERS OF THOMAS STORROW & CO., *versus* JESSE HAWKINS AND JOEL DUNKS

JOURNAL ENTRIES (1815): *Journal 2:* (1) Return non est, alias ordered, continued *p. 442.
PAPERS IN FILE: (1) Precipe for writ.
*Office Docket*, MS p. 28, c. 66.

## SEBASTIAN ADAMS *versus* TRUMAN KILLOGG

JOURNAL ENTRIES (1815): *Journal 2:* (1) Settled, discontinued *p. 442.
PAPERS IN FILE: (1) Precipe for writ; (2) capias and return.
*Office Docket*, MS p. 10, c. 13.